UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUSCO FAMILY OLIVE CO.,                           22-cv-462 (JGK)

        Plaintiff,                                ORDER

  - against -

MEDITERRANEAN SHIPPING COMPANY S.A.,

        Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff has not yet served the defendant with the summons and complaint even though the complaint in this action was filed more than 90 days ago. See Fed. R. Civ. P. 4(m). The time for the plaintiff to serve the defendant is extended to May 6, 2022. If the plaintiff fails to serve the defendant by that date, this case may be dismissed for failure to prosecute.

    The conference scheduled for May 3, 2022, is canceled.

**SO ORDERED.**

Dated:    New York, New York
           April 26, 2022

                                            John G. Koeltl
                                       United States District Judge