```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

MUSCO FAMILY OLIVE CO.,

                Plaintiff,

- against -

MEDITERRANEAN SHIPPING COMPANY S.A. d/b/a MSC,

                Defendant.

22-cv-462 (JGK)

ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by August 12, 2022.

SO ORDERED.

Dated:   New York, New York
           July 28, 2022

                                            John G. Koeltl
                                 United States District Judge